# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| Case No. | CV16-1817 PSG GJS | Date | June 2, 2017 |
|---|---|---|---|
| Title | Ki Jong Song et al. v. RJJM LLC et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order DISMISSING Case for Lack of Prosecution
.
    Plaintiffs Ki Jong Song and Mi Sook Song ("Plaintiffs") filed a lawsuit against Defendants RJJM LLC, The Liu Bunch, LLC, Yiiching Liu, Paul Liu, Josephine Liu, Rosalyn Liu, and Tappan Zee ("Defendants") on March 17, 2016. *See* Dkt. # 1. Plaintiffs subsequently submitted proof of service only as to Defendant The Liu Bunch, LLC ("The Liu Bunch"). *See* Dkt. # 9. On June 21, 2016, a clerk's default was entered against The Liu Bunch. *See* Dkt. # 14. On January 23, 2017, the Court issued an Order to Show Cause ("OSC") why the Court should not dismiss the case for lack of prosecution. Dkt. # 16. The Court indicated that Plaintiffs could satisfy the OSC by submitting proof of service of summons and the complaint on the remaining Defendants and by filing a properly noticed motion for default judgment against The Liu Bunch by February 6, 2017. *See id.* The Court also warned Plaintiffs that failure to respond might result in the dismissal of the entire action. *See id.*

    Plaintiffs filed a timely response stating that they would submit a motion for default judgment by March 9, 2017. *See* Dkt. # 17. Now nearly ninety days have passed and Plaintiffs still have neither filed a motion for default judgment against The Liu Bunch nor proof of service for the remaining Defendants. Therefore, because of Plaintiffs' failure to comply with the OSC, the Court DISMISSES the claims against all Defendants WITH PREJUDICE and closes the case.

    **IT IS SO ORDERED.**